# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No: | **23-1209 MIS** | USA vs.: | **LOPEZ** |
| Date: | **12/19/2024** | Name of Deft: | **JOSHUA LOPEZ** |
| Before the Honorable: | | **MARGARET I. STRICKLAND, UNITED STATES DISTRICT JUDGE** | |
| Time In/Out: | **10:17 AM – 10:28 AM** | Total Time in Court (for JS10): | **11 MINUTES** |
| Clerk: | **JESSICA CHAVEZ** | Court Reporter: | **VANESSA ALYCE CHAVEZ** |
| AUSA: | **MARIA ARMIJO** | Defendant's Counsel: | **JANE GREEK** |
| Sentencing in: | **LAS CRUCES** | Interpreter: | **NONE** |
| Probation Officer: | **RACHEL STEVENS** | Sworn? | **X** Yes / No |

| | | | | | | |
|---|---|---|---|---|---|---|
| Convicted on: | **X** Plea | Verdict | | As to: | **X** Information | Indictment |
| If Plea: | **X** Accepted | Not Accepted | Adjudged/Found Guilty on Counts: | **COUNTS 1 – 3** | | |
| If Plea Agreement: | **X** Accepted | Not Accepted | No Plea Agreement | Comments: | | |
| Date of Plea/Verdict: | **8/08/2023** | | | PSR: | **X** Not Disputed | Disputed |
| PSR: | **X** Court Adopts PSR Findings | | | Evidentiary Hearing: | **X** Not Needed | Needed |
| Exceptions to PSR: | | | | | | |

### SENTENCE IMPOSED

| | |
|---|---|
| Imprisonment (BOP): | **COUNTS 1 – 3: 86 MONTHS (TO RUN CONCURRENTLY)** |
| Supervised Release: | **COUNTS 1 -3 : 3 YEARS AS TO EACH COUNT (TO RUN CONCURRENT)** |
| Probation: | |

| | | | |
|---|---|---|---|
| **X** 500-HOUR DRUG PROGRAM | BOP SEX OFFENDER PROGRAM | OTHER: | |
| Court recommends ICE begin removal proceedings immediately or during service of sentence | | **X** | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| **X** | Participate in/successfully complete subst abuse program/testing (up to 60 tests per year) | | Reside halfway house ____ months ____ days |
| **X** | Participate in/successfully complete mental health program and take all medications as prescribed | | Register as sex offender |
| **X** | Refrain from use/possession of alcohol (up to 4 tests per day) | | Participate in sex offender treatment program |
| **X** | Submit to search of person/property | | Possess no sexual material |
| **X** | No contact with victim(s) and/or co-deft(s)/co-conspirator(s) | | No computer with access to online services |
| | Provide financial information | | No volunteering where children supervised |
| **X** | Grant limited waiver of confidentiality (subst abuse / mental) | | Restricted from occupation with access to children |
| | Participate in an educational or vocational program | | No loitering within 100 feet of school yards |
| **X** | Refrain from the use and possession of synthetic cannabinoids or other legally sold designer drugs | | Not possess, sell, offer for sale, transport, cause to be transported, cause to affect interstate commerce, import, or export any drug paraphernalia. |
| **OTHER:** | | | |

| | | | | |
|---|---|---|---|---|
| Fine: $ | | | Restitution: $ | * |
| SPA: $ | **300** ($100 as to each Count) | | Payment Schedule: | **X** Due Imm. / Waived |
| OTHER: | | | | |

| | | | |
|---|---|---|---|
| | Advised of Right to Appeal | **X** | Waived Appeal Rights per Plea Agreement |
| **X** | Held in Custody | | Voluntary Surrender |
| **X** | Recommended place(s) of incarceration: | | **FCI LA TUNA, TEXAS** |
| | Dismissed Counts: | | |
| OTHER COMMENTS: | | ***GOVERNMENT TO FILE ANY RESTITUTION REQUEST WITHIN 30 DAYS.** | |